**Order filed September 28, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00645-CR

———————

**MANOJ ASTHAPPAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1445052**

---

## ORDER

The clerk's record in this case was due September 5, 2017. *See* Tex. R. App. P.35.2. On September 6, 2017, the clerk of this court sent a letter to the Harris County District Clerk, informing him the record had not been filed.

The court has not received a request for an extension of time to file the record. The record has not been filed with the court. We therefore issue the following order.

We order the Harris County District Clerk, to file the record in this appeal on or before October 31, 2017.

PER CURIAM